# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133178(107)
133410
133412

PHILLIP R. CHAPIN and BERNIE MAE
CHAPIN,
        Plaintiffs-Appellees,

v

        SC: 133178, 133410, 133412
        COA: 257917
        Wayne CC: 03-324775-NP

A & L PARTS, INC., AMCHEM PRODUCTS,
AMERICAN STANDARD, BONDEX
INTERNATIONAL, INC., BORG WARNER
CORPORATION, CARRIER CORPORATION,
DAP, INC., DANA CORPORATION, DURO
DYNE CORPORATION, GEORGIA PACIFIC
CORPORATION, GOODRICH CORPORATION,
HERCULES CHEMICAL COMPANY,
INDIANHEAD INDUSTRIES, INC., KELSEY
HAYES COMPANY, McCORD CORPORATION,
METROPOLITAN LIFE INSURANCE COMPANY,
PARKER HANNIFIN CORPORATION, PNEUMO
ABEX CORPORATION, ROYAL INDUSTRIES,
INC., AII ACQUISITION CORPORATION,
CARQUEST AUTO PARTS OF PINCKNEY
MICHIGAN, INC., GEORGE FAN SERVICE,
INC. & ALL EQUIPMENT COMPANY,
STANDCO INDUSTRIES, INC., and MICHIGAN
MEDICAL COUNSEL,
        Defendants,
and

DAIMLERCHRYSLER CORPORATION,
FORD MOTOR COMPANY, GENERAL
MOTORS CORPORATION, and HONEYWELL,
INC., f/k/a ALLIED SIGNAL CORPORATION,
        Defendants-Appellants.
_____/

      On order of the Court, the motion for reconsideration of this Court's June 22, 2007
orders is considered, and it is DENIED, because it does not appear that the orders were
entered erroneously.

MARKMAN, J., dissents and states as follows:

For the reasons set forth in my dissenting statement at 478 Mich 916 (2007), I would grant appellants' motion for reconsideration and grant leave to appeal. Few recent appeals have raised issues of greater long-term consequence for the integrity of this state's legal system than the instant appeal. It is unfortunate-- indeed it is inexplicable-- that the highest court of this state would not view this case as warranting its attention. The practical and legal reverberations of today's decision will be felt for years to come in Michigan.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2007

_Corbin R. Davis_
Clerk

d0911